UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

JOSE URUCHIMA

                Plaintiff,

Case No. 14-CV-1930 (RMB)

-against-

DOMENICO RESTAURANT, INC.,
et al.                Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Edward Copeland**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EC 2685    My State Bar Number is 1518315

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Butzel Long, PC
                 FIRM ADDRESS: 230 Park Avenue, New York, NY 10169
                 FIRM TELEPHONE NUMBER: 212 818 1110
                 FIRM FAX NUMBER: 212 818 0494

NEW FIRM:    FIRM NAME: Herzfeld & Rubin, P.C.
                 FIRM ADDRESS: 125 Broad Street, New York, NY 10004
                 FIRM TELEPHONE NUMBER: 212.471.8500
                 FIRM FAX NUMBER: 212.344.3333

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: November 11, 2014

_____
ATTORNEY'S SIGNATURE