# BORRELLI & ASSOCIATES

## ———————— P.L.L.C. ————————

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

November 17, 2014



*Via ECF*
The Honorable Richard M. Berman
United States District Court Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Jose Uruchima, et al. v. Domenico Rest., Inc., et al.*, No. 14-cv-1930 (RMB)

Dear Judge Berman:

       We represent the Plaintiff in this wage and hour action and write with the Defendants' consent to request that the Court adjourn the status conference scheduled for this Thursday, November 20, 2014 at 9:00 a.m. As the Court will recall from the October 21, 2014 pre-motion conference, the parties discussed a discovery extension in light of the Defendants' document collection issues due to the eviction and a settlement conference with Magistrate Judge Gorenstein. While Your Honor was agreeable to the extension of time under the circumstances, Your Honor suggested that the extension request be made to Magistrate Judge Gorenstein. The minute order following the October 21st conference did not adjourn the November 20th conference although the parties assumed that the conference would be adjourned. The parties have requested that Judge Gorenstein schedule a settlement conference and extend discovery to February 20, 2015. Because this matter is proceeding before Judge Gorenstein, the parties respectfully suggest that the status conference scheduled for Thursday is unnecessary and request that the Court adjourn it *sine die*.

       We thank the Court for its attention to this matter.

Status conf. adjourned to 2/23/15 @ 10:00. Please take up discovery deadline with Judge Gorenstein.

SO ORDERED:
Date: 11/18/14     Richard M. Berman
                              Richard M. Berman, U.S.D.J.

Respectfully submitted,

  s/Michael J. Palitz
Michael J. Palitz, Esq.
*For the Firm*