

**HERZFELD & RUBIN, P.C.**
ATTORNEYS AT LAW

125 BROAD STREET, NEW YORK, NY 10004   TEL 212 471-8500   FAX 212 344-3333   WWW.HERZFELD-RUBIN.COM

Julianne M. Barlizo
Direct Line: (212) 471-8474
jbarlizo@herzfeld-rubin.com

**MEMO ENDORSED** January 7, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/15

By Facsimile: (212) 805-4268
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Jose Uruchima v. Domenico Restaurant, Inc., et al.
     14 Civ. 1930 (RMB) (GWG)

Dear Judge Gorenstein:

We represent the defendants Domenico Restaurant Inc., Avenue S Restaurant Corporation (also known as Fagiolini on 40th which is incorrectly named as a separate defendant) and John O'Brien. We write to confirm that all parties are available for the settlement conference on Friday, January 23, 2015 at 2:30 p.m. We have spoken with and confirmed with Plaintiff's counsel, Michael Palitz of Borrelli & Associates P.L.L.C., and Mr. Palitz has agreed to this date and time.

Respectfully submitted,

*Julianne Barlizo*
Julianne Barlizo

Cc: Michael Palitz, Esq. (by email)

SO ORDERED 1/8/15
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

HERZFELD & RUBIN, P.C.
1225 FRANKLIN AVE, SUITE 315
GARDEN CITY, NY 11530
TELEPHONE: 212-471-8231

CHASE KURSHAN HERZFELD & RUBIN, LLC
354 EISENHOWER PARKWAY, SUITE 1100
LIVINGSTON, NJ 07039-1022
TELEPHONE: 973-535-8840

HERZFELD & RUBIN, LLP
1925 CENTURY PARK EAST
LOS ANGELES, CA 90067
TELEPHONE: 310-553-0451

RUBIN MEYER DORU & TRANDAFIR
SOCIETATE CIVILA DE AVOCATI
7. STRADA PUTUL CU PLOPI
BUCHAREST 1, ROMANIA
TELEPHONE: (40) (21) 311-1460